OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O.BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RTS / released

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015
SANCHEZ, ALVARO   Tr. Ct. No. 2014-DCR-00128-E        WR-83,703-02
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant has exceed the two pages allowed for the recitation of the facts supporting the grounds for relief.

Abel Acosta, Clerk

ALVARO  SANCHEZ                    U T F
COTULLA UNIT - TDC # 1984582
HC 62, BOX 100
COTULLA, TX  78014

610 FM 624 78014

43B 78014